IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HUNG NAM TRAN and
ERIC L. FANKHAUSER,

    Plaintiffs,

v.

KAREN TIMBERLAKE, Secretary of the
Wisconsin Department of Health Services,
STEVE WATTERS, Director at Sandridge
Secure Treatment Facility and
BYRON BARTOW, Director at Wisconsin
Resource Center,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-507-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case for plaintiffs' failure to prosecute.

_____    11/24/09
Peter Oppeneer, Clerk of Court            Date